25 F.3d 1054
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
 UNITED STATES of America, Plaintiff-Appellee,
v.
Walter T. SIPPY, Defendant-Appellant.
 No. 92-2588.
 United States Court of Appeals, Seventh Circuit.
 Argued June 10, 1993.
June 3, 1994.
 
 Before ALDISERT,* CUDAHY and RIPPLE, Circuit Judges.
 
 ORDER
 
 1
 The court orders that the judgment of conviction be reversed and the proceedings remanded to the district court for a new trial in light of the Supreme Court's decision in Staples v. United States, 1994 WL 197017 (U.S. May 23, 1994) (No. 92-1441).
 
 
 2
 SO ORDERED.
 
 
 
 *
 Hon. Ruggero J. Aldisert of the United States Court of Appeals for the Third Circuit is sitting by designation